# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

FILED'08 DEC 1 12:30USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR  08-_518 -KI_ |
| **Plaintiff,** | |
| v. | **INFORMATION** |
| | **FELONY** |
| DIANE ELAINE MARTIN, | **29 U.S.C. § 501(c)** |
| **Defendant.** | |

## THE UNITED STATES ATTORNEY CHARGES:

Beginning on or about January 2006, and continuing until about November 2007, in the District of Oregon, DIANE MARTIN, defendant herein, while a clerk of the Teamsters Local Union 206, a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j), did embezzle, steal and unlawfully and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of said labor organization, in the amount of approximately one thousand five hundred thirty five dollars and fifty cents ($1,535.50); all in violation of Title 29, United States Code, Section 501(c).

Dated this 1st day of December 2008.

Respectfully submitted,

KARIN J. IMMERGUT
United States Attorney

CRAIG J. GABRIEL
Assistant United States Attorney